

CAL13-27255

Circuit Court for Prince George's County
<sub>City or County</sub>

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS:**
*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served.
*Defendant:* You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE.**

FORM FILED BY: [X] PLAINTIFF  [ ] DEFENDANT   CASE NUMBER _____ (Clerk to insert)

CASE NAME: PAMELA ANN CLARK, ET AL  vs.  CHARLIE BELVIN, ET AL
              Plaintiff                        Defendant

JURY DEMAND: [ ] Yes [X] No   Anticipated length of trial: ____ hours or ____ days
RELATED CASE PENDING? [ ] Yes [X] No   If yes, Case #(s), if known: ____

Special Requirements?  [ ] Interpreter (Please attach Form CC-DC 41)
                       [ ] ADA accommodation (Please attach Form CC-DC 49)

| NATURE OF ACTION (CHECK ONE BOX) | | DAMAGES/RELIEF | |
|---|---|---|---|
| **TORTS** | **LABOR** | **A. TORTS** | |
| [X] Motor Tort | [ ] Workers' Comp. | **Actual Damages** | |
| [ ] Premises Liability | [ ] Wrongful Discharge | [X] Under $7,500 | [X] Medical Bills |
| [ ] Assault & Battery | [ ] EEO | [ ] $7,500 - $50,000 | $ 4K approx |
| [ ] Product Liability | [ ] Other _____ | [ ] $50,000 - $100,000 | [ ] Property Damages |
| [ ] Professional Malpractice | **CONTRACTS** | [ ] Over $100,000 | $ _____ |
| [ ] Wrongful Death | [ ] Insurance | | [X] Wage Loss |
| [ ] Business & Commercial | [ ] Confessed Judgment | | $ 500 approx |
| [ ] Libel & Slander | [ ] Other _____ | | |
| [ ] False Arrest/Imprisonment | **REAL PROPERTY** | **B. CONTRACTS** | **C. NONMONETARY** |
| [ ] Nuisance | [ ] Judicial Sale | | |
| [ ] Toxic Torts | [ ] Condemnation | [ ] Under $10,000 | [ ] Declaratory Judgment |
| [ ] Fraud | [ ] Landlord Tenant | [ ] $10,000 - $20,000 | [ ] Injunction |
| [ ] Malicious Prosecution | [ ] Other _____ | [ ] Over $20,0000 | [ ] Other _____ |
| [ ] Lead Paint | **OTHER** | | |
| [ ] Asbestos | [ ] Civil Rights | | |
| [ ] Other _____ | [ ] Environmental | | |
| | [ ] ADA | | |
| | [ ] Other _____ | | |

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION**
Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation [ ] Yes [X] No         C. Settlement Conference [ ] Yes [X] No
B. Arbitration [ ] Yes [X] No        D. Neutral Evaluation [ ] Yes [X] No

**TRACK REQUEST**
With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL. THIS CASE WILL THEN BE TRACKED ACCORDINGLY.
[ ] 1/2 day of trial or less        [ ] 3 days of trial time
[ ] 1 day of trial time             [ ] More than 3 days of trial time
[X] 2 days of trial time

PLEASE SEE PAGE TWO OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM AND COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR), AS WELL AS ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY.

Date September 16, 2013                           Signature _____

CC/DCM 002 (Rev. 2/2010)          Page 1 of 3

EXHIBIT C-2



| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-205 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ Expedited
Trial within 7 months
of Filing

☐ Standard
Trial within 18 months
of Filing

☐ EMERGENCY RELIEF REQUESTED _____   _____
                                                              Signature                    Date

| COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO AN ASTAR RESOURCE JUDGE under Md. Rule 16-202. Please check the applicable box below and attach a duplicate copy of your complaint.*

☐ Expedited - Trial within 7 months of Filing        ☐ Standard - Trial within 18 months of Filing

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

| CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE) |
|---|

☐ Expedited            Trial 60 to 120 days from notice. Non-jury matters.

☐ Standard-Short       Trial 210 days.

☐ Standard             Trial 360 days.

☐ Lead Paint           Fill in: Birth Date of youngest plaintiff _____ .

☐ Asbestos             Events and deadlines set by individual judge.

☐ Protracted Cases     Complex cases designated by the Administrative Judge.

| CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY |
|---|

To assist the Court in determining the appropriate Track for this case, check one of the boxes below. This information is *not* an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.

☐ Liability is not conceded, but is not seriously in dispute.

☒ Liability is seriously in dispute.



| CIRCUIT COURT FOR BALTIMORE COUNTY | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |